CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Christine.Chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:25-CR-00412-CRB |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MARCH 18, 2026, TO APRIL 8, 2026, AND [PROPOSED] ORDER |
| v. | |
| DUC PHAM, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Duc Pham, that time be excluded under the Speedy Trial Act from March 18, 2026, through April 8, 2026.

On March 3, 2026, the Court reset the status conference originally set for March 18, 2026, to April 8, 2026. Dkt. 12. The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For these reasons, the parties stipulate and agree that excluding time until April 8, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 18, 2026, through April 8, 2026, from computation under the Speedy Trial Act outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 4, 2026

_____/s/_____
CHRISTINE CHEN
Assistant United States Attorney

DATED: March 4, 2026

_____/s/_____
ANA BOTELLO
Counsel for Defendant Duc Pham

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from March 18, 2026, through April 8, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 18, 2026, to April 8, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 18, 2026, through April 8, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: __March 5, 2026__

CHARLES R. BREYER
United States District Judge