**PROPOSED ORDER/COVER SHEET**

TO:      **Honorable Thomas S. Hixson**           RE:    **Duc Pham**
       **U.S. District Judge**
_____

FROM:    **Silvio Lugo, Chief**                  **Docket No.:**    3:25-cr-00412-CRB
       **U.S. Pretrial Services Officer**
_____

Date:      **March 12, 2026**

    **THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Hannah DeBois                                         628-228-8709
_____         _____
    **U.S. Pretrial Services Officer**                      **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☑    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑    **Modification to add the following special conditions:**

    1. **Defendant must remain at his residence (111 Taylor Street, San Francisco, CA) at all times except for: medical, substance abuse, or mental health treatment; attorney visits; housing search, court appearances; court approved obligations; or other activities approved in advance by Pretrial Services.**
    2. **Defendant may move out of the Halfway House to an approved Sober Living Environment, as approved by Pretrial Services.**

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐    Other Instructions:

_____

**JUDICIAL OFFICER**

March 12, 2026

**DATE**

Thomas S. Hixson
U.S. Magistrate Judge