CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Christine.Chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:25-CR-00412-CRB |
|     Plaintiff, | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM APRIL 8, 2026, TO APRIL 29, 2026, AND [~~PROPOSED~~] ORDER |
|     v. | |
| DUC PHAM, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Duc Pham, that the status conference scheduled for April 8, 2026, be continued to April 29, 2026, converted to a change of plea hearing, and that time be excluded under the Speedy Trial Act from April 8, 2026, through April 29, 2026.

The parties agree that the status conference currently scheduled for April 8, 2026, should be continued to April 29, 2026, and converted to a change of plea hearing. The parties require additional time to finalize a plea agreement. In addition, the government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For these reasons, the parties stipulate and agree that excluding time until April 29, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C.

STIP. TO CONT. HEARING & EXCLUDE TIME AND [~~PROPOSED~~] ORDER
Case No. 3:25-CR-00412-CRB                    1

§ 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 8, 2026, through April 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 2, 2026                                        /s/
                                                    CHRISTINE CHEN
                                                    Assistant United States Attorney

DATED: April 2, 2026                                        /s/
                                                    ANA BOTELLO
                                                    Counsel for Defendant Duc Pham

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the status conference currently scheduled for April 8, 2026, should be continued to April 29, 2026, converted to a change of plea hearing, and that failing to exclude the time from April 8, 2026, through April 29, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 8, 2026, to April 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference currently scheduled for April 8, 2026, is continued to April 29, 2026, converted to a change of plea hearing, and that the time from April 8, 2026, through April 29, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: __April 3, 2026__

_____
CHARLES R. BREYER
United States District Judge